Tanya Gomerman (SBN 271834)
  tanya@attorneytanya.com
Maria A. Bourn (SBN 269322)
  maria@attorneytanya.com
LAW OFFICES OF TANYA GOMERMAN, PC
825 Van Ness Ave., Suite 502
San Francisco, CA 94109
Telephone: (415) 545-8608

Attorneys for PLAINTIFF ANTHONY BALBIANI


Steven Werth (SBN 121153)
  swerth@aghwlaw.com
Kellen Crowe (SBN 289820)
  kcrowe@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD AND WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000

Attorneys for DEFENDANT CHESTER PUBLIC UTILITY DISTRICT


Patrick Deedon (SBN 245490)
  pdeedon@maire-law.com
David Kind (SBN 244587)
  dking@maire-law.com
MAIRE & DEEDON
2851 Park Marina Drive, Suite 300
Redding, California 96001
Telephone:    (530) 246-6050

Attorneys for DEFENDANTS MATTHEW MAUMOYNIER and MATTHEW TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BALBIANI, an individual, and CHADWICK WALKER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHESTER PUBLIC UTILITY DISTRICT, INC., a local government entity;<br>MATTHEW MAUMOYNIER, an individual;<br>MATTHEW TURNER, an individual; BRIAN LAYNE, an individual; and<br>DOES 1 –through 20, inclusive.<br><br>Defendants. | Case No.: 2:20−CV−02310−TLN−DMC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY AND LAW AND MOTION DEADLINES; ORDER**<br><br>Complaint Filed:   November 19, 2020<br>Trial Date:            None |

Plaintiffs Anthony Balbiani and Chadwick Walker (collectively referred to as "Plaintiffs"), and Defendants Chester Public Utility District, Inc., Matthew Maumoynier, and Matthew Turner (collectively referred to as "Defendants"), by and through their attorneys hereby stipulate and seek Court approval for the following:

WHEREAS, the Parties' Joint Status Report of February 21, 2021, and the Court's Initial Pretrial Scheduling Order of November 19, 2020, provides deadlines of September 16, 2021, for non-expert discovery;

WHEREAS, the parties have engaged in initial exchange of written discovery requests and responses;

WHEREAS, on August 5, 2021, Defendants were affected by the city of Chester's mandatory evacuation order due to the wildfires;

WHEREAS Defendants Matthew Maumoynier and Matthew Turner are firefighters currently fighting the wildfires in Northern California;

WHEREAS, the Parties have not completed written discovery or depositions, and considering the foregoing, a non-expert discovery deadline of September 16, 2021, will not provide the Parties sufficient

time to complete fact discovery before the cut-off;

WHEREAS, the Parties have agreed to extend the discovery cut-off deadline; and

WHEREAS, a trial date has not been set;

## STIPULATION

THEREFORE, it is hereby stipulated and agreed by the parties, as follows:

1. The deadline for non-expert discovery shall be extended to May 2, 2022;

2. Expert disclosures shall be made by July 1, 2022 (60 days after close of discovery);

3. Dispositive motion shall be filed by October 31, 2022 (180 days after close of discovery); and

4. Joint Notice of Trial Readiness shall be filed by August 30, 2022 (120 days after close of discovery).

IT IS HEREBY STIPULATED

Date: August 24, 2021                    LAW OFFICES OF TANYA GOMERMAN

By: /s/ Maria Bourn
  Maria A. Bourn, Esq.
  Attorney for PLAINTIFF
  ANTHONY BALBIANI

Date: August 24, 2021                    ALLEN, GLAESSNER, HAZELWOOD AND WERTH, LLP

By: /s/ Steven Werth
  Steven Werth, Esq.
  Attorney for DEFENDANTS CHESTER PUBLIC UTILITY DISTRICT and BRIAN LAYNE

Date: August 24, 2021                    MAIRE & DEEDON

By: /s/ Patrick Deedon
  Patrick Deedon, Esq.
  Attorney for DEFENDANTS MATTHEW MAUMOYNIER and MATTHEW TURNER

## ORDER

The stipulation is approved.

This Court has reviewed and considered the above stipulation among the Parties. For good cause shown, it is hereby ordered as follows:

1. The deadline for non-expert discovery shall be extended to May 2, 2022;

2. Expert disclosures shall be made by July 1, 2022 (60 days after close of discovery);

3. Dispositive motion shall be filed by October 31, 2022 (180 days after close of discovery); and

4. Joint Notice of Trial Readiness shall be filed by August 30, 2022 (120 days after close of discovery).

IT IS SO ORDERED.

Dated: August 25, 2021

Troy L. Nunley
United States District Judge

JOINT STIPULATION AND ORDER TO EXTEND FACT DISCOVERY DEADLINE, EXPERT DISCOVERY DEADLINE, DISPOSITIVE MOTION DEADLINE; AND ORDER

4