Tanya Gomerman (SBN 271834)
   tanya@attorneytanya.com
Maria A. Bourn (SBN 269322)
   maria@attorneytanya.com
LAW OFFICES OF TANYA GOMERMAN, PC
825 Van Ness Ave., Suite 502
San Francisco, CA 94109
Telephone: (415) 545-8608

Attorneys for PLAINTIFF ANTHONY BALBIANI


Peter O. Glaessner (SBN 93830)
   pglaessner@aghwlaw.com
Kellen Crowe (SBN 289820)
   kcrowe@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD AND WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000

Attorneys for DEFENDANT CHESTER PUBLIC UTILITY DISTRICT


Patrick Deedon (SBN 245490)
   pdeedon@maire-law.com
David Kind (SBN 244587)
   dking@maire-law.com
MAIRE & DEEDON
2851 Park Marina Drive, Suite 300
Redding, California 96001
Telephone:    (530) 246-6050

Attorneys for DEFENDANTS MATTHEW MAUMOYNIER and MATTHEW TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BALBIANI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CHESTER PUBLIC UTILITY DISTRICT, INC., a local government entity; <br> MATTHEW MAUMOYNIER, an individual; <br> MATTHEW TURNER, an individual; BRIAN LAYNE, an individual; and <br> DOES 1 –through 20, inclusive. <br><br> Defendants. | Case No.: 2:20−CV−02310−TLN−DMC <br><br> **ORDER RE: STIPULATION TO EXTEND DISCOVERY AND LAW AND MOTION DEADLINES** <br><br> Complaint Filed: November 19, 2020 <br> Trial Date: None |

 Plaintiff Anthony Balbiani ("Plaintiff"), and Defendants Chester Public Utility District, Inc., Matthew Maumoynier, and Matthew Turner (collectively referred to as "Defendants"), by and through their attorneys hereby stipulate and seek Court approval for the following:

 WHEREAS, on August 25, 2021, the Parties stipulated to, and the Court granted their request to extend discovery and law and motion deadline, which provides a deadline of May 2, 2022, for non-expert discovery;

 WHEREAS, the parties have continued to meet and confer on written discovery requests and responses, and the scheduling of depositions;

 WHEREAS, some depositions that were previously scheduled in December had to be reschedule due to conflicts in the Parties' schedule and the winter storm that caused a power outage in Northern California;

 WHEREAS, Defendant started Plaintiff's deposition February 9, 2022, but has not completed his deposition;

 WHEREAS Defendants Matthew Maumoynier and Matthew Turner will not be available until April for their depositions;

 WHEREAS, the Parties have not completed written discovery or depositions, and considering the foregoing, a non-expert discovery deadline of May 2, 2022, will not provide the Parties sufficient time

to complete fact discovery before the cut-off;

WHEREAS, the Parties had several delays in completing discovery last year because of the extreme fire season;

WHEREAS, the Parties have agreed to extend the discovery cut-off deadline; and

WHEREAS, a trial date has not been set;

## STIPULATION

THEREFORE, it is hereby stipulated and agreed by the parties, as follows:

1. The deadline for non-expert discovery shall be extended to July 5, 2022;

2. Expert disclosures shall be made by September 5, 2022 (60 days after close of discovery);

3. Dispositive motion shall be filed no later than January 3, 2023 (180 days after close of discovery); and

4. Joint Notice of Trial Readiness shall be filed by November 2, 2022 (120 days after close of discovery).

IT IS HEREBY STIPULATED

Date: February 18, 2022          LAW OFFICES OF TANYA GOMERMAN

                                 By: _____
                                     Maria A. Bourn, Esq.
                                     Attorney for PLAINTIFF
                                     ANTHONY BALBIANI

Date: February 18, 2022          ALLEN, GLAESSNER, HAZELWOOD
                                 AND WERTH, LLP

                                 By: _____
                                     Peter Glaessner, Esq.
                                     Kellen Crowe, Esq.
                                     Attorney for DEFENDANTS CHESTER
                                     PUBLIC UTILITY DISTRICT and
                                     BRIAN LAYNE

Date: February 18, 2022          MAIRE & DEEDON

                                 By: _____
                                     Patrick Deedon, Esq.
                                     Attorney for DEFENDANTS MATTHEW
                                     MAUMOYNIER and MATTHEW TURNER

# **ORDER**

This Court has reviewed and considered the above stipulation among the Parties. For good cause shown, it is hereby **ORDERED** as follows:

1. The deadline for non-expert discovery shall be extended to **July 5, 2022**;
2. Expert disclosures shall be made by **September 6, 2022**;
3. Dispositive motion shall be filed by **January 3, 2023**; and
4. Joint Notice of Trial Readiness shall be filed by **November 2, 2022**.

**IT IS SO ORDERED**.

Dated: February 18, 2022

Troy L. Nunley
United States District Judge