Tanya Gomerman (SBN 271834)
    tanya@attorneytanya.com
Maria A. Bourn (SBN 269322)
    maria@attorneytanya.com
LAW OFFICES OF TANYA GOMERMAN, PC
825 Van Ness Ave., Suite 502
San Francisco, CA 94109
Telephone: (415) 545-8608

Attorneys for PLAINTIFF ANTHONY BALBIANI


Peter O. Glaessner (SBN 93830)
    pglaessner@aghwlaw.com
Kellen Crowe (SBN 289820)
    kcrowe@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD AND WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 697-2000

Attorneys for DEFENDANT CHESTER PUBLIC UTILITY DISTRICT


Patrick Deedon (SBN 245490)
    pdeedon@maire-law.com
David Kind (SBN 244587)
    dking@maire-law.com
MAIRE & DEEDON
2851 Park Marina Drive, Suite 300
Redding, California 96001
Telephone:     (530) 246-6050

Attorneys for DEFENDANTS MATTHEW MAUMOYNIER and MATTHEW TURNER

2:20-CV-02310-TLN-DMC

JOINT STIPULATION AND ORDER TO EXTEND FACT DISCOVERY DEADLINE, EXPERT DISCOVERY DEADLINE, DISPOSITIVE MOTION DEADLINE; AND ORDER

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BALBIANI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHESTER PUBLIC UTILITY DISTRICT, INC., a local government entity;<br>MATTHEW MAUMOYNIER, an individual;<br>MATTHEW TURNER, an individual; BRIAN LAYNE, an individual; and<br>DOES 1 –through 20, inclusive.<br><br>Defendants. | Case No.: 2:20−CV−02310−TLN−DMC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY AND LAW AND MOTION DEADLINES; ORDER**<br><br>Complaint Filed:   November 19, 2020<br>Trial Date:             None |

    Plaintiff Anthony Balbiani ("Plaintiff"), and Defendants Chester Public Utility District, Inc., Matthew Maumoynier, and Matthew Turner (collectively referred to as "Defendants"), by and through their attorneys hereby stipulate and seek Court approval for the following:

    WHEREAS, on February 18, 2022, the Parties stipulated to, and the Court granted their request to extend discovery and law and motion deadline, which provides a deadline of October 7, 2022, for non-expert discovery;

    WHEREAS, the parties have continued to meet and confer on written discovery requests and responses, and the scheduling of depositions;

    WHEREAS, counsel for Defendant Chester Public Utility District, Inc. will be mostly unavailable for the month of May;

    WHEREAS, Plaintiff have approximately 7 to 8 more witnesses to depose;

    WHEREAS, the Parties have not completed written discovery or depositions, and considering the foregoing, a non-expert discovery deadline of October 7, 2022, will not provide the Parties sufficient time to complete fact discovery before the cut-off;

    WHEREAS, the Parties have agreed to extend the discovery cut-off deadline; and

    WHEREAS, a trial date has not been set;

//

**STIPULATION**

THEREFORE, it is hereby stipulated and agreed by the parties, as follows:

1. The deadline for non-expert discovery shall be extended to October 7, 2022;

2. Expert disclosures shall be made by December 6, 2022 (60 days after close of discovery);

3. Dispositive motion shall be filed no later than April 5, 2023 (180 days after close of discovery); and

4. Joint Notice of Trial Readiness shall be filed by February 3, 2023 (120 days after close of discovery).

IT IS HEREBY STIPULATED

Date: May 16, 2022          LAW OFFICES OF TANYA GOMERMAN

By: ____/s/_____
Maria A. Bourn, Esq.
Attorney for PLAINTIFF
ANTHONY BALBIANI

Date: May 16, 2022          ALLEN, GLAESSNER, HAZELWOOD AND WERTH, LLP

By: ____/s/_____
Peter Glaessner, Esq.
Kellen Crowe, Esq.
Attorney for DEFENDANTS CHESTER PUBLIC UTILITY DISTRICT and BRIAN LAYNE

Date: May 16, 2022          MAIRE & DEEDON

By: _____/s/_____
Patrick Deedon, Esq.
Attorney for DEFENDANTS MATTHEW MAUMOYNIER and MATTHEW TURNER

**ORDER**

The stipulation is approved.

This Court has reviewed and considered the above stipulation among the Parties. For good cause shown, it is hereby ordered as follows:

1. The deadline for non-expert discovery shall be extended to October 7, 2022;

2. Expert disclosures shall be made by December 6, 2022 (60 days after close of discovery);

3. Dispositive motion shall be filed by April 5, 2023 (180 days after close of discovery); and

4. Joint Notice of Trial Readiness shall be filed by February 3, 2023 (120 days after close of discovery).

IT IS SO ORDERED.

Dated: May 18, 2022

Troy L. Nunley
United States District Judge