IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BALBIANI, | No. 2:20-CV-2310-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| CHESTER PUBLICC UTILITY DISTRICT, INC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action alleging employment discrimination in violation of federal and state law. Pending before the Court is the parties' stipulation, ECF No. 32, for an extension of time to file supplemental briefing pursuant to the Court's August 23, 2021, order.  The stipulation is hereby approved.  IT IS HEREBY ORDERED that the deadline set forth in the Court's August 23, 2022, order for Plaintiff to file his supplemental brief regarding requests for production nos. 5, 7, and 8 is

/ / /

/ / /

/ / /

/ / /

/ / /

1

continued from August 31, 2022, to September 7, 2022.  Defendant's supplemental brief is due by September 16, 2022.

Dated:  August 30, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE