MARIA BOURN (SBN 269322)
maria@attorneytanya.com
LAW OFFICES OF TANYA GOMERMAN, PC
825 Van Ness Avenue, Suite 502
San Francisco, CA  94109
Telephone: 415.545.8608

Attorney for Plaintiff ANTHONY BALBIANI

PETER O. GLAESSNER (SBN 93830)
pglaessner@aghwlaw.com
KELLEN CROWE (SBN 289820)
kcrowe@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD AND WERTH, LLP
180 Montgomery Street, Ste. 1200
San Francisco, CA 94104
Telephone: 415.697.2000

Attorneys for Defendant CHESTER PUBLIC UTITLITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BALBIANI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHESTER PUBLIC UTILITY DISTRICT, INC., a local government entity; MATTHEW MAUMOYNIER, an individual; MATTHEW TURNER, an individual; BRIAN LAYNE, an individual; and DOES 1 through 20; inclusive,<br><br>Defendants. | Case No. 2:20-cv-2310 TLN DMC<br><br>**STIPULATION TO VACATE BRIEFING SCHEDULE RE: REQUESTS FOR PRODUCTION NOS. 5, 7, AND 8; ORDER**<br><br>Complaint Filed: November 19, 2020<br>Trial Date: None |

## STIPULATION

WHEREAS, Plaintiff ANTHONY BALBIANI ("Plaintiff") and Defendant CHESTER PUBLIC UTILITY DISTRICT ("CPUD") (collectively, "the Stipulating Parties"), along with Defendant MATTHEW MAUMOYNIER ("Mr. Maumoynier") and Defendant MATTHEW TURNER ("Mr. Turner"), are working to finalize the terms of a settlement agreement resolving the entire action;

WHEREAS, counsel for the Stipulating Parties previously represented to the Court that it was likely the parties would approve and agree to final settlement terms on or about August 31, 2022;

WHEREAS, the Stipulating Parties along with Mr. Maumoynier and Mr. Turner have negotiated the terms of a settlement agreement;

WHEREAS, the Stipulating Parties have each authorized and affixed signatures to the settlement agreement;

WHEREAS, the Stipulating Parties are still waiting for signed copies of the settlement agreement from Mr. Maumoynier and Mr. Turner.

WHEREAS, the Stipulating Parties anticipate they will receive signed copies of the settlement agreement from Mr. Maumoyenier and Mr. Turner soon.

WHEREAS, pursuant to the Court's August 30, 2022 Order (ECF No. 33), the deadline for Plaintiff to file his supplemental brief regarding requests for production nos. 5, 7, and 8 is September 7, 2022 and the deadline for CPUD to file its supplemental brief is September 16, 2022.

WHEREAS, the Stipulating Parties desire to wait for signed copies of the settlement agreement from Mr. Maumoyenier and Mr. Turner and otherwise work towards resolution of the entire action through settlement without having to unnecessarily expending resources in further briefing regarding the pending discovery dispute.

NOW, THEREFORE, the Stipulating Parties STIPULATE as follows:

The deadlines for Plaintiff and CPUD to file supplemental briefs regarding requests for production nos. 5, 7, and 8 are vacated.

Dated: September 6, 2022

    */s/ Maria Bourn*
MARIA BOURN
LAW OFFICES OF TANYA GOMERMAN
Attorney for Plaintiff
ANTHONY BALBIANI

Dated: September 6, 2022

    */s/ Kellen Crowe*
PETER O. GLAESSNER
KELLEN CROWE
ALLEN, GLAESSNER, HAZAELWOOD AND WERTH, LLP
Attorneys for Defendant
CHESTER PUBLIC UTILITY DISTRICT

**ORDER**

The Stipulating Parties having stipulated, IT IS HEREBY ORDERED that the deadlines set forth in the Court's August 30, 2022 Order (ECF No. 33) for Plaintiff to file his supplemental brief regarding requests for production nos. 5, 7, and 8 and for CPUD to file is supplemental brief are vacated. The deadline for submission of documents for in camera review is also vacated. These deadlines will be re-set if final dispositional documents are not filed within 30 days of the date of this order.

Dated: September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE