Tanya Gomerman (SBN 271834)
tanya@attorneytanya.com
Maria A. Bourn (SBN 269322)
maria@attorneytanya.com
LAW OFFICES OF TANYA GOMERMAN, PC
825 Van Ness Ave., Suite 502
San Francisco, CA 94109
Telephone: (415) 545-8608

Attorneys for Plaintiff
ANTHONY BALBIANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BALBIANI, an individual, and CHADWICK WALKER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHESTER PUBLIC UTILITY DISTRICT, INC., a local government entity; MATTHEW MAUMOYNIER, an individual; MATTHEW TURNER, an individual; BRIAN LAYNE, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02310-TLN-DMC<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND REQUEST FOR ORDER TO DISMISS PAGA CLAIMS WITHOUT PREJUDICE; AND ORDER** |

## NOTICE OF SETTLEMENT

Plaintiff Anthony Balbiani ("Balbiani") and defendants Chester Public Utility District ("CPUD"), Matthew Maumonyier ("Maumonyier"), and Matthew Turner ("Turner") (collectively, "the Parties") have entered into a settlement agreement resolving the entire action as to all claims and all parties ("the Agreement").

## STIPULATION AND REQUEST FOR ORDER

As a material term of the Agreement, the Parties agreed to seek approval from the Court to dismiss the claims for civil penalties alleged by Balbiana under the California Labor Code Private

Attorneys General Act of 2004 ("the PAGA claims") without prejudice. The Parties seek to dismiss the PAGA claims without prejudice rather than settle those claims. The Agreement apportions no value to the dismissal of the PAGA claims without prejudice. The Parties bring this to the attention of the Court because California Labor Code section 2699, subdivision (l)(2), provides that the "court shall review and approve any settlement of any civil action filed pursuant to [PAGA]." The Parties understand and agree that the dismissal of the PAGA claims without prejudice will not have any effect regarding the rights or ability of any other aggrieved employee to pursue relief under PAGA.

The Parties anticipate that performance under the Agreement will proceed such that the Parties will be able to file a stipulation for dismissal of the entire action within 60 days of the dismissal of the PAGA claims without prejudice.

The Parties further request that the Court vacate all pending case deadlines.

IT IS SO STIPULATED.

DATED: September 9, 2022        LAW OFFICES OF TANYA GOMERMAN, PC


By: _____/s/ Maria A. Bourn_____
    MARIA A. BOURN, ESQ.
    Attorney for ANTHONY BALBIANI


DATED: September 9, 2022        MAIRE & DEEDON


By: _____/s/ Patrick L. Deedon_____
    PATRICK L. DEEDON, ESQ.
    Attorney for Defendants
    MATTHEW MAUMONYIER and
    MATTHEW TURNER

DATED: September 9, 2022     ALLEN, GLAESSNER, HAZELWOOD
                             AND WERTH, LLP


                             By:      /s/ Kellen Crowe
                                   PETER GLAESSNER, ESQ.
                                   KELLEN CROWE, ESQ.
                                   Attorneys for Defendant
                                   CHESTER PUBLIC UTILITY DISTRICT

**ORDER**

Pursuant to the stipulation of the parties, IT IS ORDERED that the PAGA claims are hereby dismissed without prejudice. The Parties shall file a joint request for dismissal of the entire action or a joint case status statement no later than November 1, 2022. All other pending case deadlines are vacated.

Date: September 12, 2022

Troy L. Nunley
United States District Judge